## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Terry Varner, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-0108-DRH-PMF |
| ) | |
| Meyer & Njus, P.A., a Minnesota ) | |
| professional association, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

The parties having entered into a settlement agreement and Plaintiff having filed a stipulation to dismiss this action (Doc. 6), the stipulation of dismissal is hereby approved and this action is dismissed with prejudice. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

Dated: March 18, 2008


/s/ David R Herndon
Chief Judge
United States District Court