# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TERRY VARNER,**

    **Plaintiff,**

    vs.                                     Cause No. 08-CV-0108 DRH

**MEYER & NJUS, P.A. a Minnesota professional association,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice.** -----

                                                        **NORBERT G. JAWORSKI, CLERK**

March 18, 2008                           By:   s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/ *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**